ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261901
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0248

Attorneys for Plaintiffs
Luis Sandoval, Israel Rodriguez and Ricardo Jimenez

ROGER M. MASON, ESQ. (107486)
CAITLIN E. KAUFMAN, ESQ. (238424)
SWEENEY, MASON, WILSON & BOSOMWORTH
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
408-356-3000 phone
408-354-8839 fax
ckaufman@smwb.com

Attorneys for Defendants
AB Landscaping, Inc. and Victor Arellano

** E-Filed February 25, 2010 **

# UNITED STATES FEDERAL COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| LUIS SANDOVAL, ISRAEL RODRIGUEZ, AND RICARDO JIMENEZ, in behalf of themselves and similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AB LANDSCAPING, INC. AND VICTOR ARELLANO,<br><br>Defendants | Case No.:   09-04969 HRL<br><br>STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

Parties by and through their respective counsel, stipulate to continue the initial case management conference for 60 days as follows:

---

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
Sandoval, et al v. AB Landscaping Inc., et al          1          Case No. C09-4969 HRL

1. Plaintiffs filed this case on October 19, 2009, alleging unpaid overtime and other violations under both California Labor Code and Fair Labor Standards Act. The Summons and Complaint were served on January 25, 2010.

2. Pursuant to California Labor Code Private Attorney General's Act § 2699(c), Plaintiffs sent a notice to California Labor and Workforce Development Agency ("LWDA") of the overtime violation, intending to bring the action to recover unpaid overtime on behalf of all employees former and current under Labor Code § 558.

3. Attempting to avail themselves of the provision of Labor Code ("PAGA") § 2699(c)(2)(A), Defendants took actions allegedly to cure the violation, by conducting an audit and issuing payment to all employees the amount Defendants claim to be owing in unpaid overtime. Plaintiffs claim that the Defendants' methodology in audit is flawed, and not all overtime hours worked have been accounted for. As such, Plaintiffs plan to dispute that Defendants have cured the overtime violations according to the procedure provided for under Labor Code § 2699(c)(2)(B).

4. Until LWDA makes its decision whether or not the overtime violations have been fully cured, Plaintiffs may not proceed to file the cause of action under PAGA to recover the overtime owed on behalf of all employees.

5. As such, parties stipulate to request a 60-day continuance for Initial Case Management Conference currently set for March 2, 2010 and ask that the corresponding discovery deadlines to be continued accordingly.

///
///
///
///
///
///

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
<u>Sandoval, et al v. AB Landscaping Inc., et al</u>         2         Case No. C09-4969 HRL

1  6. Regardless of the outcome of the LWDA determination, Plaintiffs expect to file a First Amended Complaint to add another Plaintiff and potentially amend one or more of the causes of action therein. For this reason, Plaintiffs and Defendants stipulate and agree that Defendants' response to the Complaint be extended until 20 days after a First Amended Complaint is served.

Respectfully submitted,

Dated: February 23, 2010

By: /s/ Adam Wang
ADAM WANG
Attorney for Plaintiffs

Dated: February 23, 2010

By: /s/ Caitlin E. Kaufman
CAITLIN E. KAUFMAN
SWEENEY, MASON, WILSON &
BOSOMWORTH
Attorneys for Defendants.

―――――――――――――――――――――

[PROPOSED] ORDER

Pursuant to the parties' stipulation, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED the Initial Case Management Conference be continued to ___May 4___, 2010. The ADR Certification is due on ___April 13___, 2010. The Stipulation and Order Selecting ADR Process is due on ___April 13___, 2010. The Rule 26(f) Report, Initial Disclosures, and Joint Case Management Statement are due on ___April 27___, 2010.

Dated: February _25_, 2010

By: _____
Howard L. Lloyd
US Magistrate Judge

---

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
Sandoval, et al v. AB Landscaping Inc., et al    3    Case No. C09-4969 HRL