1

**\*\* E-filed February 14, 2011 \*\***

2

3

4

5

6

7

NOT FOR CITATION

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

LUIS SANDOVAL, et al.,                                    No. C09-04969 HRL

12

              Plaintiffs,                          **ORDER DENYING PLAINTIFFS'**
    v.                                                      **ADMINISTRATIVE MOTION TO**

13

                                        **SHORTEN TIME**

14

AB LANDSCAPING, INC., et al.,

              Defendants.                          **[Re: Docket No. 39]**

15

_____/

16

      On February 11, 2011, Plaintiffs in this action filed an administrative motion to shorten the

17

time for hearing their underlying motion to vacate the trial date.  Docket Nos. 37, 39.  Defendants

18

timely opposed Plaintiffs' administrative motion.  Docket No. 40.  Good cause not being shown, the

19

Court DENIES Plaintiffs' administrative motion.

20

21

      **IT IS SO ORDERED.**

22

Dated: February 14, 2011

23

_____

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**C09-04969 HRL Notice will be electronically mailed to:**

Adam Wang                              adamqwang@gmail.com, alpedersen@gmail.com,
                                       rosilenda@gmail.com
Adam Lee Pedersen                      alpedersen@gmail.com
Roger Mark Mason                       rmason@smwb.com, chilton@smwb.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**