United States District Court
For the Northern District of California

\*\* E-filed February 15, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS SANDOVAL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AB LANDSCAPING, INC., et al.,<br><br>　　　　Defendants.<br>_____/ | No. C09-04969 HRL<br><br>**(1) ORDER DENYING PLAINTIFFS' MOTION TO VACATE THE TRIAL DATE AND (2) ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED OF SANCTIONS IMPOSED FOR FAILURE TO PROSECUTE**<br><br>**[Re: Docket No. 37]** |

On February 11, 2011, Plaintiffs filed a motion to vacate the trial date in this case. Docket No. 37 ("Motion"). Upon review of their motion and other documents submitted in conjunction with Plaintiffs' administrative motion to shorten time (Docket No. 39), the Court DENIES Plaintiffs' motion.[1]

On May 4, 2010, this Court entered a case management scheduling order setting dates and deadlines for this action. Docket No. 20 ("May 4 Scheduling Order"). A pretrial conference was set for February 22, 2011 and trial was set to begin on February 28, 2011. Id. at 2. Now, a little more than one week before the pretrial conference, Plaintiffs contend that they cannot prepare for trial by the date set because they "never had any discovery due to Defendants' refusal to provide discovery based on an agreement to stay discovery until mediation [was] completed[,] and because the settlement process is [s]till ongoing." Motion at 1.

---

[1] Pursuant to Civil Local Rule 7-1(b), the Court finds the matter suitable for determination without oral argument, and the March 22, 2011 hearing is vacated.

But even if Plaintiffs' dubious statement is true — query how Defendants have "refused" to provide discovery pursuant to an "agreement" to stay discovery — any inability to prepare for trial is of Plaintiffs' own making.  Plaintiffs claim that they have been "engaged" in "extensive" and "ongoing" mediation, but actually it appears that Plaintiffs failed to participate at all in any such process for several months, despite Early Neutral Evaluator Paul Garrison's pleas for Plaintiffs' counsel to provide any response whatsoever to his communications.  <u>See</u> Docket No. 40, Ex. A. Plaintiffs are also precluded from claiming that they have been caught off guard either by the upcoming trial date or Defendants' unwillingness to support its continuation.  The February 28 trial date was set over nine months ago, and Defendants' counsel repeatedly made clear to Plaintiffs' counsel that Defendants did not wish to continue that date.  <u>See</u> Docket No. 40, Exs. B, C.

In essence, Plaintiffs are asking the Court to continue the trial date because they failed to act diligently in conducting discovery or engaging in settlement discussions.  And instead of admitting to their neglect, they have attempted to place the blame upon Defendants.  This Court will not reward Plaintiffs for this behavior.[2]  Plaintiffs' motion to vacate the trial date is DENIED.  In addition, Plaintiffs are ordered to file their pretrial papers, which are required by this Court's Standing Order re: Pretrial Preparation, immediately.

The Court further ORDERS Plaintiffs to show cause on February 22, 2011 at 1:30 p.m. in Courtroom 2, Fifth Floor, United States District Court, 280 S. First Street, San Jose, California, why the case should not be dismissed or sanctions imposed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 15, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[2] The Court finds Plaintiffs' proposal to order the parties to attend a settlement conference before Magistrate Judge Grewal to be especially disconcerting because the Court already expected the parties to done so.  The Court's May 4 Scheduling Order specifically instructed the parties to contact the chambers of Magistrate Judge Trumbull (who, upon her retirement, was replaced by Magistrate Judge Grewal) "<u>well in advance</u> of the Pretrial Conference to arrange a Settlement Conference to take place just prior to the Pretrial Conference." May 4 Scheduling Order at 1 (emphasis added).

**C09-04969 HRL** N**otice will be electronically mailed to:**

| | |
|---|---|
| Adam Wang | adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com |
| Adam Lee Pedersen | alpedersen@gmail.com |
| Roger Mark Mason | rmason@smwb.com, chilton@smwb.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**