**United States District Court**
For the Northern District of California

1          ** E-filed March 17, 2011 **

2

3

4

5

6

7                          NOT FOR CITATION

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11   LUIS SANDOVAL, et al.,                    No. C09-04969 HRL

12              Plaintiffs,              **ORDER GRANTING PLAINTIFFS'
                                         MOTION TO EXTEND TIME FOR
13         v.                            FILING PRELIMINARY APPROVAL
                                         OF SETTLEMENT**
     AB LANDSCAPING, INC., et al.,
14
                Defendants.             **[Re: Docket No. 53]**
15   _____/

16          On February 22, 2011, upon being informed that the parties had come to an agreement to

17   settle this wage-and-hour class action with respect to three of the four named plaintiffs and the

18   purported class members, this Court vacated the trial date and ordered the parties to file a joint

19   motion for preliminary approval of the class settlement by March 15, 2011. Docket No. 48.

20          That date having come and gone, Plaintiffs' now request an extension of that deadline.

21   Docket No. 53. Plaintiffs' counsel states that he is "in the final stage of drafting the Notice to the

22   class members, and Defendants are reviewing the final Settlement Agreement," and he expects that

23   "all papers will be ready for filing in the next couple of days." Id. Despite this relative optimism,

24   Plaintiffs' counsel apparently has not yet provided to Defendants a draft of the joint motion for

25   preliminary approval. Docket No. 54.

26          In light of these circumstances, the Court will extend the deadline. Plaintiffs shall provide a

27   draft of the joint motion for preliminary approval **no later than March 22, 2011**, and the parties'

28   joint motion shall be filed **no later than March 29, 2011**.

**United States District Court**
For the Northern District of California

1     **IT IS SO ORDERED.**

2     Dated: March 17, 2011

3                   HOWARD R. LLOYD
                         UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1     **C09-04969 HRL** **Notice will be electronically mailed to:**

2     Adam Wang           adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com
      Adam Lee Pedersen    alpedersen@gmail.com
3     Roger Mark Mason    rmason@smwb.com, chilton@smwb.com

4     **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28