**\*\* E-filed March 29, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS SANDOVAL, et al., | No. C09-04969 HRL |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF DEADLINE TO FILE JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |
| v. | |
| AB LANDSCAPING, INC., et al., | |
| Defendants. | **[Re: Docket No. 56]** |

On February 22, 2011, upon being informed that the parties had come to an agreement to settle this wage-and-hour class action with respect to three of the four named plaintiffs and the purported class members, this Court vacated the trial date and ordered the parties to file a joint motion for preliminary approval of the class settlement by March 15, 2011. Docket No. 48.

Plaintiffs now move for a second two week extension of the deadline. Docket No. 56. Plaintiffs' counsel says that the parties have underestimated the tasks involved and need to conduct further discussions. Id.

Good cause appearing, the Court grants Plaintiffs' motion. Plaintiffs shall provide a draft of the joint motion for preliminary approval to Defendants no later than **April 5, 2011**, and the parties' joint motion shall be filed no later than **April 12, 2011**.

**IT IS SO ORDERED.**

Dated: March 29, 2011



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

**C09-04969 HRL Notice will be electronically mailed to:**

Adam Wang             adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com
Adam Lee Pedersen     alpedersen@gmail.com
Roger Mark Mason      rmason@smwb.com, chilton@smwb.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**